# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



NELSON JOSE DEL ROSARIO

      VS.         **CIVIL NO.** 06-1110 **(JAF)**

UNITED STATES OF AMERICA      **Criminal No. 00-672 (JAF)**

| DESCRIPTION OF MOTION | |
|---|---|
| DATE FILED:   DOCKET:<br>[] Plffs.   [] Defts. | TITLE: |

### - O R D E R -

After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 7, and Petitioner having filed no objection, the court **ADOPTS** the Magistrate's Report and **ORDERS** the summary dismissal of this case pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings in United States District Courts.

Judgment to enter accordingly.

**IT IS SO ORDERED.**

April 3, 2006           S/José Antonio Fusté
  Date                   José Antonio Fusté
                          Chief U.S. District Judge